# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOHNATHAN CULLEN,

      Plaintiff,

v.

DALE FRENZ,

      Defendant.

:

:

Case No. 2:22-cv-03932
Judge Sarah D. Morrison
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on the January 13, 2023 Report and Recommendation issued by the Magistrate Judge. (ECF No. 5.) After performing an initial screen of the Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief may be granted. (*Id.*) The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 5) and **DISMISSES** the Complaint (ECF No. 1). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    IT IS SO ORDERED.

                                /s/ Sarah D. Morrison
                                **SARAH D. MORRISON**
                                **UNITED STATES DISTRICT JUDGE**